IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:18-CR-0076-DGK |
| ) | |
| MARK PERKINS, ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING THE MAGISTRATE'S REPORT AND RECOMMENDATION DENYING MOTION TO DISMISS INDICTMENT

Pending before the Court are Defendant Mark Perkins' "Motion to Dismiss Indictment," ECF No. 32; United States Magistrate Judge W. Brian Gaddy's "Report and Recommendation" recommending the Court deny the motion, ECF No. 41; and Defendant's "Objections to Report and Recommendation," ECF No. 43.

After reviewing the report and conducting an independent review of the applicable law and record, *see* L.R. 74.1(a)(2), the Court agrees with the Magistrate's conclusion that Eighth Circuit caselaw holds the indictment sufficiently charges the offense of being a felon in possession of a firearm. *See United States v. Jawher*, 950 F.3d 576, 579 n.2 (8th Cir. 2020); *United States v. Caudle*, 968 F.3d 916, 921 n.2 (citing *Jawher*).

The Court ADOPTS the Report and Recommendation and DENIES the motion.

**IT IS SO ORDERED.**

Date:  January 28, 2022              /s/ Greg Kays
                                     GREG KAYS, JUDGE
                                     UNITED STATES DISTRICT COURT